**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02323-LTB-MEH

HCA-HEALTHONE, LLC, d/b/a SWEDISH MEDICAL CENTER;
ESTATE OF SUSAN LOUO SPARKS,

    Plaintiffs,

v.

REASSURE LIFE INSURANCE COMPANY, an Illinois corporation;
GUARANTEE REWERVE LIFE INSURANCE COMPANY, an Indiana corporation;
AIG CLAIM SERVICES, INC., a Delaware corporation, n/k/a AIG DOMESTIC CLAIMS, INC., a Delaware corporation;
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, a Pennsylvania corporation,

    Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 16 - filed July 15, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: July 16, 2008